1034

[No. 34034-4-I. Division One. January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE HAYS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05673-3, Patricia H. Aitken, J., entered January 3, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 34149-9-I. Division One. January 29, 1996.]

CRITICAL VENTURES, INC., ET AL., *Appellants*, v. PACIFIC, LTD., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-26184-9, Michael Spearman, J., entered December 17, 1993. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Cox, J.

[No. 34549-4-I. Division One. January 29, 1996.]

LESCHI TRADING COMPANY, INC., *Appellant*, v. HENRY H. BOWMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-17492-8, Nancy A. Holman, J., entered April 6, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 34813-2-I. Division One. January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK L. BARTLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Sno homish County, No. 91-1-00001-2, James H. Allendoerfer J., entered May 17, 1994. *Reversed* by unpublished opinio per Agid, J., concurred in by Baker, C.J., and Ellington, J